UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Paul N. Mirabelli, Esq.
3400 Highway 35, Ste. 4
Hazlet, New Jersey 07730
732-264-3880
Attorney ID No.: 029371985

In Re:

Brian J. Ashmore and Theresa M. Ashmore

| | |
|---|---|
| Case No.: | 22-13953 |
| Chapter: | 13 |
| Adv. No.: | Click or tap here to enter text. |
| Hearing Date: | 01/23/2023 10:00 a.m. |
| Judge: | MBK |

## CERTIFICATION OF SERVICE

1. I, Paul N. Mirabelli, Esq. :

    X  represent Brian J. Ashmore and Theresa M. Ashmore in this matter.

    ☐ am the secretary/paralegal for Click or tap here to enter text., who represents Click or tap here to enter text. in this matter.

    ☐ am the Click or tap here to enter text. in this case and am representing myself.

2. On 12/16/22, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
    Notice of Motion Objecting to Proof of Claim, Debtors Certificaiton and Proposed Order

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:   12/16/22                                        /s/Paul N. Mirabelli, Esq.
                                                        Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>Chapter 13 Standing Trustee<br>3 AAA Drive Suite 203<br>Robbinsville, NJ 08691 | Trustee | ☐ Hand-delivered<br>X Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Wells Fargo, NA<br>c/o Matthew Fissel Esq<br>Brock and Scott PLLC<br>302 Fellowship Road Suite 130<br>Mount Laurel, NJ 08054 | Attorney for Wells Fargo NA (creditor) | ☐ Hand-delivered<br>X Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| PNC Bank, NA<br>c/o Denise Carlon Esq<br>KML Law Group PC<br>701 Market Street STE 5000<br>Philadelphia, PA 19106 | Attorney for PNC Bank NA (creditor) | ☐ Hand-delivered<br>X Regular mail<br>☐ Certified mail/RR<br>Other Overnight Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | Click or tap here to enter text. | ☐ Hand-delivered<br>Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | Click or tap here to enter text. | ☐ Hand-delivered<br>Regular mail<br>☐ Certified mail/RR<br>Other Overnight Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |