UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jessica Ann Berry, Esq. (Bar No. 029912007)
Greenspoon Marder LLP
Trade Centre South, Suite 700
100 W. Cypress Creek Road
Fort Lauderdale, FL 33309
TEL. (954) 491-1120
FAX (954) 343-6982
bankruptcy@gmlaw.com

Attorney for Reverse Mortgage Funding LLC

Order Filed on January 12, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Brian J Ashmore
*aka* Brian Ashmore and
Theresa M Ashmore

Debtors.

Case No. 22-13953-MBK
CHAPTER 13

# ORDER GRANTING EX-PARTE MOTION TO RESTRICT ACCESS TO MOTION FOR RELIEF FROM STAY CONTAINING SENSITIVE LOAN INFORMATION

The relief set forth on the following page, numbered two (2), is **ORDERED**.

**DATED: January 12, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page **1** of **2**

22-000850

On request of Reverse Mortgage Funding LLC to restrict access to a portion of Part 9 of the *Motion for Relief from Stay* [DE 52] and the Court having considered the request and any objection thereto, it is:

**ORDERED:**

1. The Motion is Granted.

2. Part 9 of the Motion, more specifically pages 37 through 47, is hereby restricted from public viewing.