UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jessica Ann Berry, Esq. (Bar No. 029912007)
Greenspoon Marder LLP
Trade Centre South, Suite 700
100 W. Cypress Creek Road
Fort Lauderdale, FL 33309
TEL. (954) 491-1120
FAX (954) 343-6982
bankruptcy@gmlaw.com

Attorney for Reverse Mortgage Funding LLC

**Order Filed on January 12, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Brian J Ashmore
*aka* Brian Ashmore and
Theresa M Ashmore

Debtors.

Case No. 22-13953-MBK
CHAPTER 13

## ORDER GRANTING EX-PARTE MOTION TO RESTRICT ACCESS TO MOTION FOR RELIEF FROM STAY CONTAINING SENSITIVE LOAN INFORMATION

The relief set forth on the following page, numbered two (2), is **ORDERED**.

**DATED: January 12, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

22-000850

On request of Reverse Mortgage Funding LLC to restrict access to a portion of Part 9 of

the *Motion for Relief from Stay* [DE 52] and the Court having considered the request and any

objection thereto, it is:

**ORDERED:**

1.  The Motion is Granted.

2.  Part 9 of the Motion, more specifically pages 37 through 47, is hereby

    restricted from public viewing.

22-000850

United States Bankruptcy Court

District of New Jersey

In re:                                                                                              Case No. 22-13953-MBK

Brian J Ashmore                                                                         Chapter 13

Theresa M Ashmore

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                                      User: admin                                      Page 1 of 2

Date Rcvd: Jan 12, 2023                         Form ID: pdf903                          Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Brian J Ashmore, Theresa M Ashmore, 42 Denamar Drive, Matawan, NJ 07747 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2023                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Andrea Dobin | on behalf of Trustee Andrea Dobin ecftrusteead@msbnj.com  NJ55@ecfcbis.com;trusteedobin@remote7solutions.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Dennis P Uhlmann, Jr | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION duhlmann@martonelaw.com, Bky@martonelaw.com |
| Jessica Ann Berry | on behalf of Creditor Reverse Mortgage Funding LLC michelle.torres@gmlaw.com |
| Matthew K. Fissel | on behalf of Creditor Wells Fargo Bank  N.A. wbecf@brockandscott.com, matthew.fissel@brockandscott.com |
| Michael A. Artis | on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov |

District/off: 0312-3                     User: admin                              Page 2 of 2
Date Rcvd: Jan 12, 2023                  Form ID: pdf903                           Total Noticed: 1

Paul N. Mirabelli
                    on behalf of Joint Debtor Theresa M Ashmore pmirabelli@verizon.net  n.pr72254@notify.bestcase.com

Paul N. Mirabelli
                    on behalf of Debtor Brian J Ashmore pmirabelli@verizon.net  n.pr72254@notify.bestcase.com

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 10