**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Jessica Ann Berry, Esq. (Bar No. 029912007)
Greenspoon Marder LLP
Trade Centre South, Suite 700
100 W. Cypress Creek Road
Fort Lauderdale, FL 33309
TEL. (954) 491-1120
FAX (954) 343-6982
bankruptcy@gmlaw.com

Attorney for Reverse Mortgage Funding LLC

Order Filed on January 25, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Brian J Ashmore
aka Brian Ashmore
Theresa M Ashmore

Case No.: 22-13953-MBK
Hearing Date: January 25, 2023
Judge: Chief Judge Michael B. Kaplan
Chapter: 13

Recommended Local Form    ☒ Followed    ☐ Modified

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 25, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of Reverse Mortgage Funding LLC, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒ Real property more fully described as:

509 Stone Road, Union Beach, NJ 07735

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☐ Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 11/14/18*

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-13953-MBK |
| Brian J Ashmore | Chapter 13 |
| Theresa M Ashmore | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 26, 2023 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Brian J Ashmore, Theresa M Ashmore, 42 Denamar Drive, Matawan, NJ 07747 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 28, 2023      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Andrea Dobin | on behalf of Trustee Andrea Dobin ecftrusteead@msbnj.com  NJ55@ecfcbis.com;trusteedobin@remote7solutions.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Dennis P Uhlmann, Jr | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bky@martonelaw.com, Bky@martonelaw.com |
| Jessica Ann Berry | on behalf of Creditor Reverse Mortgage Funding LLC bankruptcy@gmlaw.com |
| Matthew K. Fissel | on behalf of Creditor Wells Fargo Bank  N.A. wbecf@brockandscott.com, matthew.fissel@brockandscott.com |
| Michael A. Artis | on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Jan 26, 2023 | Form ID: pdf903 | Total Noticed: 1

Paul N. Mirabelli
    on behalf of Joint Debtor Theresa M Ashmore pmirabelli@verizon.net n.pr72254@notify.bestcase.com

Paul N. Mirabelli
    on behalf of Debtor Brian J Ashmore pmirabelli@verizon.net n.pr72254@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10