| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>22-09843 BKOBJ01<br>BROCK & SCOTT, PLLC<br>302 Fellowship Rd, Suite 130<br>Mount Laurel, NJ 08054<br>(844) 856-6646<br>Attorneys for Wells Fargo Bank, N.A. | |
|---|---|
| In Re:<br><br>BRIAN J ASHMORE<br>THERESA M ASHMORE<br>AKA BRIAN ASHMORE | Case No: 22-13953-MBK<br><br>Hearing Date: January 25, 2023<br><br>Judge: MICHAEL B. KAPLAN<br><br>Chapter: 13 |

Order Filed on February 8, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## CONSENT ORDER RESOLVING DEBTOR'S OBJECTION TO WELLS FARGO BANK, N.A.'S PROOF OF CLAIM

The consent order set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**

**DATED: February 8, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY <br> **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br><br> 22-09843 BKOBJ01 <br> BROCK & SCOTT, PLLC <br> 302 Fellowship Rd, Suite 130 <br> Mount Laurel, NJ 08054 <br> (844) 856-6646 <br> Attorneys for Wells Fargo Bank, N.A. | |
|---|---|
| In Re: <br><br> BRIAN J ASHMORE <br> THERESA M ASHMORE <br> AKA BRIAN ASHMORE | Case No: 22-13953-MBK <br><br> Hearing Date: January 25, 2023 <br><br> Judge: MICHAEL B. KAPLAN <br><br> Chapter: 13 |

The Consent Order pertains to the property located at 42 Danemare Drive, Matawan, NJ 07747, mortgage account ending with "5248";

This Matter having been brought before the Court by Paul N. Mirabelli, Esquire, attorney for Debtors, Brian J Ashmore and Theresa M Ashmore (hereinafter the "Debtors"), upon the filing of an Objection to Proof of Claim, Wells Fargo Bank, N.A. (hereinafter the "Creditor") by and through its attorneys, Brock and Scott, PPLC, having filed a Response to Debtors' Objection to the Proof of Claim and the parties having subsequently resolved their differences; and the Court noting the consent of the parties of the form, substance and entry of the within Order, and for other and good cause shown:

1. The Parties agree that this consent order shall be made in resolution of the Debtors' Motion Objecting to Creditor's Proof of Claim and as a part of the Confirmation Order.

2. The Debtors agree that they shall cure the full amount of Creditor's valid secured Proof of Claim (#5), which lists pre-petition arrears in the amount of **$3,054.39**, through Chapter 13 Plan payments.

3. If required by the Trustee, Debtors agree to amend their Chapter 13 Plan to provide for the arrears listed in Creditor's allowed secured Proof of Claim.

4. This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

The undersigned hereby consent to the form,
Content and entry of the within Order:

BROCK AND SCOTT, PLLC
Wells Fargo Bank, N.A.
By Its Attorney,

/s/ Matthew Fissel
Matthew Fissel
(Bar No. 038152012)
Attorney for Creditor
BROCK & SCOTT, PLLC
8757 Red Oak Blvd.
Suite 150
Charlotte, NC 28217
Telephone: 844-856-6646
Facsimile: 704-369-0760
E-Mail: NJBKR@brockandscott.com

Dated: January 17, 2023

DEBTORS
By Their Attorney,

/s/
Paul N. Mirabelli, Law Office of Paul N. Mirabelli, Esquire
Attorney for Debtors
3400 Highway 35,
PO Box 378,
Hazlet, NJ 07730
Phone Number: (732) 264-3880
Fax: (732) 264-7084
Email: pmirabelli@verizon.net

Dated: January 18, 2023