UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

22-09843 BKOBJ01
BROCK & SCOTT, PLLC
302 Fellowship Rd, Suite 130
Mount Laurel, NJ 08054
(844) 856-6646
Attorneys for Wells Fargo Bank, N.A.

Order Filed on February 8, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

BRIAN J ASHMORE
THERESA M ASHMORE
AKA BRIAN ASHMORE

Case No: 22-13953-MBK

Hearing Date: January 25, 2023

Judge: MICHAEL B. KAPLAN

Chapter: 13

## CONSENT ORDER RESOLVING DEBTOR'S OBJECTION TO WELLS FARGO BANK, N.A.'S PROOF OF CLAIM

The consent order set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**

**DATED: February 8, 2023**

_Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

22-09843 BKOBJ01
BROCK & SCOTT, PLLC
302 Fellowship Rd, Suite 130
Mount Laurel, NJ 08054
(844) 856-6646
Attorneys for Wells Fargo Bank, N.A.

In Re:

BRIAN J ASHMORE
THERESA M ASHMORE
AKA BRIAN ASHMORE

Case No: 22-13953-MBK

Hearing Date: January 25, 2023

Judge: MICHAEL B. KAPLAN

Chapter: 13

 

The Consent Order pertains to the property located at 42 Danemare Drive, Matawan, NJ 07747, mortgage account ending with "5248";

This Matter having been brought before the Court by Paul N. Mirabelli, Esquire, attorney for Debtors, Brian J Ashmore and Theresa M Ashmore (hereinafter the "Debtors"), upon the filing of an Objection to Proof of Claim, Wells Fargo Bank, N.A. (hereinafter the "Creditor") by and through its attorneys, Brock and Scott, PPLC, having filed a Response to Debtors' Objection to the Proof of Claim and the parties having subsequently resolved their differences; and the Court noting the consent of the parties of the form, substance and entry of the within Order, and for other and good cause shown:

1. The Parties agree that this consent order shall be made in resolution of the Debtors' Motion Objecting to Creditor's Proof of Claim and as a part of the Confirmation Order.

2. The Debtors agree that they shall cure the full amount of Creditor's valid secured Proof of Claim (#5), which lists pre-petition arrears in the amount of **$3,054.39**, through Chapter 13 Plan payments.

3. If required by the Trustee, Debtors agree to amend their Chapter 13 Plan to provide for the arrears listed in Creditor's allowed secured Proof of Claim.

4.    This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

The undersigned hereby consent to the form,
Content and entry of the within Order:

BROCK AND SCOTT, PLLC                        DEBTORS
  Wells Fargo Bank, N.A.                         By Their Attorney,
  By Its Attorney,

  /s/ Matthew Fissel                            /s/
  Matthew Fissel                                Paul N. Mirabelli, Law Office of Paul N.
  (Bar No. 038152012)                           Mirabelli, Esquire
  Attorney for Creditor                         Attorney for Debtors
  BROCK & SCOTT, PLLC                            3400 Highway 35,
  8757 Red Oak Blvd.                             PO Box 378,
  Suite 150                                      Hazlet, NJ 07730
  Charlotte, NC 28217                            Phone Number: (732) 264-3880
  Telephone:  844-856-6646                       Fax: (732) 264-7084
  Facsimile:  704-369-0760                       Email: pmirabelli@verizon.net
  E-Mail:  NJBKR@brockandscott.com

  Dated: January 17, 2023                        Dated:  January 18, 2023

United States Bankruptcy Court

District of New Jersey

In re:                                                                    Case No. 22-13953-MBK

Brian J Ashmore                                                           Chapter 13

Theresa M Ashmore

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                          Page 1 of 2

Date Rcvd: Feb 08, 2023                       Form ID: pdf903                       Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Brian J Ashmore, Theresa M Ashmore, 42 Denamar Drive, Matawan, NJ 07747 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2023                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Andrea Dobin | on behalf of Trustee Andrea Dobin ecftrusteead@msbnj.com  NJ55@ecfcbis.com;trusteedobin@remote7solutions.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Dennis P Uhlmann, Jr | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bky@martonelaw.com, Bky@martonelaw.com |
| Jessica Ann Berry | on behalf of Creditor Reverse Mortgage Funding LLC bankruptcy@gmlaw.com |
| Matthew K. Fissel | on behalf of Creditor Wells Fargo Bank  N.A. wbecf@brockandscott.com, matthew.fissel@brockandscott.com |
| Michael A. Artis | on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov |

Paul N. Mirabelli
                    on behalf of Joint Debtor Theresa M Ashmore pmirabelli@verizon.net  n.pr72254@notify.bestcase.com

Paul N. Mirabelli
                    on behalf of Debtor Brian J Ashmore pmirabelli@verizon.net  n.pr72254@notify.bestcase.com

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 10