| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| Martone & Uhlmann, PC |
| Dennis P. Uhlmann, Jr., Esq. |
| 777 Passaic Avenue, Suite 535 |
| Clifton, NJ 07012 |
| (973) 473-3000 |
| bky@martonelaw.com |
| Attorney for Creditor/Servicing Agent |
| PNC BANK, NATIONAL ASSOCIATION |
| 36.8864 |

Order Filed on February 18, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Brian J. Ashmore AKA Brian Ashmore and Theresa M. Ashmore AKA Theresa Ashmore

Case No. 22-13953-MBK

Chapter 13

Hon. Judge Michael B. Kaplan

**CONSENT ORDER RESOLVING OBJECTION OF SECURED CREDITOR, PNC BANK, NATIONAL ASSOCIATION FILED PROOF OF CLAIM #7 WITH REGARD TO THE PROPERTY LOCATED AT 42 DANEMAR DR, MATAWAN, NJ 07747**
(REAL PROPERTY)

The relief set forth on the following pages numbered two through two is hereby

ORDERED

**DATED: February 18, 2023**

_Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)

| | |
|---|---|
| Debtor: | Brian J. Ashmore AKA Brian Ashmore and Theresa M. Ashmore AKA Theresa Ashmore |
| Case No.: | 22-13953-MBK |
| Caption of Order: | CONSENT ORDER RESOLVING OBJECTION OF SECURED CREDITOR, PNC BANK, NATIONAL ASSOCIATION FILED PROOF OF CLAIM #7 WITH REGARD TO THE PROPERTY LOCATED AT 42 DANEMAR DR, MATAWAN, NJ 07747 |

This matter being opened to the Court by MARTONE AND UHLMANN, P.C., attorneys for the Secured Creditor, PNC BANK, NATIONAL ASSOCIATION, upon the filing of OBJECTION OF SECURED CREDITOR, PNC BANK, NATIONAL ASSOCIATION FILED PROOF OF CLAIM #7 WITH REGARD TO THE PROPERTY LOCATED AT 42 DANEMAR DR, MATAWAN, NJ 07747, in a Chapter 13 case and due notice of said Objection to the Chapter 13 Trustee, the Debtor and the attorney for the Debtor, and for good cause shown, it is

1. ORDERED that the Secured Creditor PNC Bank, National Association shall file an Amended Proof of Claim to show that the amount necessary to cure any default at the time of the filing of the bankruptcy is $0.00; and

2. ORDERED, that the Debtor will continue to make their regular mortgage payments consistent with the terms of the Mortgage outside the Plan;

   Payment shall be made payable to PNC BANK, NATIONAL ASSOCIATION, and sent directly to Secured Creditor at 3232 NEWMARK DRIVE, MIAMISBURG, OH 45342

3. ORDERED that the movant shall serve a filed copy of this Order on the Debtor via regular mail. The Debtor's attorney and Chapter 13 Trustee will be served electronically via the U.S. Bankruptcy Court's CM/ECF system.

*The undersigned hereby consent to the form and entry of the within Order:*

*Law Offices of Paul N. Mirabelli, Esq.*
*Attorneys for Debtor*
By: [signature]
Paul N Mirabelli, Esq.
Dated: 1/24/22


*Martone & Uhlmann, P.C.*
*Attorneys for Secured Creditor*
By: [signature]
Dennis P. Uhlmann, Jr., Esq.
Dated: 2/9/2023