UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
Martone & Uhlmann, PC
Dennis P. Uhlmann, Jr., Esq.
777 Passaic Avenue, Suite 535
Clifton, NJ 07012
(973) 473-3000
bky@martonelaw.com
Attorney for Creditor/Servicing Agent
PNC BANK, NATIONAL ASSOCIATION
36.8864

Order Filed on February 18, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 22-13953-MBK

Chapter 13

Hon. Judge Michael B. Kaplan

In re:

Brian J. Ashmore AKA Brian Ashmore and Theresa M. Ashmore AKA Theresa Ashmore

**CONSENT ORDER RESOLVING OBJECTION OF SECURED CREDITOR, PNC BANK, NATIONAL ASSOCIATION FILED PROOF OF CLAIM #7 WITH REGARD TO THE PROPERTY LOCATED AT 42 DANEMAR DR, MATAWAN, NJ 07747**
(REAL PROPERTY)

The relief set forth on the following pages numbered two through two is hereby

ORDERED

**DATED: February 18, 2023**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

(Page 2)

| | |
|---|---|
| Debtor: | Brian J. Ashmore AKA Brian Ashmore and Theresa M. Ashmore AKA Theresa Ashmore |
| Case No.: | 22-13953-MBK |
| Caption of Order: | CONSENT ORDER RESOLVING OBJECTION OF SECURED CREDITOR, PNC BANK, NATIONAL ASSOCIATION FILED PROOF OF CLAIM #7 WITH REGARD TO THE PROPERTY LOCATED AT 42 DANEMAR DR, MATAWAN, NJ 07747 |

This matter being opened to the Court by MARTONE AND UHLMANN, P.C., attorneys for the Secured Creditor, PNC BANK, NATIONAL ASSOCIATION, upon the filing of OBJECTION OF SECURED CREDITOR, PNC BANK, NATIONAL ASSOCIATION FILED PROOF OF CLAIM #7 WITH REGARD TO THE PROPERTY LOCATED AT 42 DANEMAR DR, MATAWAN, NJ 07747, in a Chapter 13 case and due notice of said Objection to the Chapter 13 Trustee, the Debtor and the attorney for the Debtor, and for good cause shown, it is

1. ORDERED that the Secured Creditor PNC Bank, National Association shall file an Amended Proof of Claim to show that the amount necessary to cure any default at the time of the filing of the bankruptcy is $0.00; and

2. ORDERED, that the Debtor will continue to make their regular mortgage payments consistent with the terms of the Mortgage outside the Plan;

   Payment shall be made payable to PNC BANK, NATIONAL ASSOCIATION, and sent directly to Secured Creditor at 3232 NEWMARK DRIVE, MIAMISBURG, OH 45342

3. ORDERED that the movant shall serve a filed copy of this Order on the Debtor via regular mail. The Debtor's attorney and Chapter 13 Trustee will be served electronically via the U.S. Bankruptcy Court's CM/ECF system.

*The undersigned hereby consent to the form and entry of the within Order:*

*Law Offices of Paul N. Mirabelli, Esq.*
*Attorneys for Debtor*
By: [signature]
Paul N Mirabelli, Esq.
Dated: 1/24/22

*Martone & Uhlmann, P.C.*
*Attorneys for Secured Creditor*
By: [signature]
Dennis P. Uhlmann, Jr., Esq.
Dated: 2/9/2023

United States Bankruptcy Court
District of New Jersey

In re:  
Brian J Ashmore  
Theresa M Ashmore  
    Debtors

Case No. 22-13953-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2  
Date Rcvd: Feb 22, 2023     Form ID: pdf903     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Brian J Ashmore, Theresa M Ashmore, 42 Denamar Drive, Matawan, NJ 07747 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 24, 2023      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Andrea Dobin | on behalf of Trustee Andrea Dobin ecftrusteead@msbnj.com NJ55@ecfcbis.com;trusteedobin@remote7solutions.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Dennis P Uhlmann, Jr | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bky@martonelaw.com, Bky@martonelaw.com |
| Jessica Ann Berry | on behalf of Creditor Reverse Mortgage Funding LLC bankruptcy@gmlaw.com |
| Matthew K. Fissel | on behalf of Creditor Wells Fargo Bank N.A. wbecf@brockandscott.com, matthew.fissel@brockandscott.com |
| Michael A. Artis | on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov |

District/off: 0312-3 User: admin Page 2 of 2
Date Rcvd: Feb 22, 2023 Form ID: pdf903 Total Noticed: 1

Paul N. Mirabelli
        on behalf of Joint Debtor Theresa M Ashmore pmirabelli@verizon.net n.pr72254@notify.bestcase.com

Paul N. Mirabelli
        on behalf of Debtor Brian J Ashmore pmirabelli@verizon.net n.pr72254@notify.bestcase.com

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10