Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

> Case No.: 22−13953−MBK
> Chapter: 13
> Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Brian J Ashmore | Theresa M Ashmore |
| aka Brian Ashmore | 42 Denamar Drive |
| 42 Denamar Drive | Matawan, NJ 07747 |
| Matawan, NJ 07747 | |

Social Security No.:
  xxx−xx−8136                                      xxx−xx−2253

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 3, 2023.

Dated: March 3, 2023
JAN: wiq

                                                                               Jeanne Naughton
                                                                               Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                                       Case No. 22-13953-MBK

Brian J Ashmore                                                                                                                                        Chapter 13

Theresa M Ashmore

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                                       User: admin                                                     Page 1 of 3
Date Rcvd: Mar 03, 2023                             Form ID: plncf13                                   Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Brian J Ashmore, Theresa M Ashmore, 42 Denamar Drive, Matawan, NJ 07747 |
| 519582229 | ++ | VALLEY, ATTN ATTN LEGAL DEPARTMENT, 1455 VALLEY ROAD, WAYNE NJ 07470-8448 address filed with court:, Valley National Bank, Attn: Bankruptcy, 1455 Valley Rd, Wayne, NJ 07470 |
| 519582231 | + | Xcel Federal Cr Un, 1460 Broad St, Bloomfield, NJ 07003-3014 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 03 2023 20:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 03 2023 20:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 03 2023 20:53:19 | Wells Fargo Bank, N.A., 3476 Stateview Blvd, Fort Mill, SC 29715-7200 |
| 519582219 | + | Email/Text: bkfilings@zwickerpc.com | Mar 03 2023 20:50:00 | American Express, c/o Zwicker & Associates, 1020 Laurel Oak Rod Suite 303, Voorhees, NJ 08043-3518 |
| 519644253 | + | Email/Text: bkfilings@zwickerpc.com | Mar 03 2023 20:50:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 519582220 | | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 03 2023 20:48:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 519646759 | | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 03 2023 20:48:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519582221 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 03 2023 20:53:48 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519668280 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 03 2023 20:53:30 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519582222 | + | Email/Text: bkfilings@zwickerpc.com | Mar 03 2023 20:50:00 | Discover Financial, c/o Zwicker and Associates, 1020 Laurel Oak Road Suite 303, Voorhees, NJ 08043-3518 |
| 519582224 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Mar 03 2023 20:49:00 | Goldman Sachs, PO BOX 45400, Salt Lake City, UT 84145-0400 |
| 519644770 | + | Email/PDF: ebn_ais@aisinfo.com | | |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 03, 2023 | Form ID: plncf13 | Total Noticed: 25 |

| Recip ID | Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| | | Mar 03 2023 20:53:23 | Goldman Sachs Bank, USA, by AIS InfoSource, LP as Agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519582223 | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com   Mar 03 2023 20:48:00 | | Emvlp Llc/fis, Po Box 2313, Bloomington, IL 61702 |
| 519714712 | Email/Text: Bankruptcy.Notices@pnc.com   Mar 03 2023 20:48:00 | | PNC BANK, NATIONAL ASSOCIATION, 3232 NEWMARK DRIVE, MIAMISBURG OH 45342 |
| 519848731 | Email/Text: Bankruptcy.Notices@pnc.com   Mar 03 2023 20:48:00 | | PNC BANK, NATIONAL ASSOCIATION, PO BOX 94982, CLEVELAND, OH 44101 |
| 519710425 | Email/Text: Bankruptcy.Notices@pnc.com   Mar 03 2023 20:48:00 | | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 519582225 | Email/Text: Bankruptcy.Notices@pnc.com   Mar 03 2023 20:48:00 | | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 519582227 | + Email/Text: ngisupport@radiusgs.com   Mar 03 2023 20:49:00 | | Radius Global Solutions, PO BOX 390916, Minneapolis, MN 55439-0911 |
| 519584041 | + Email/PDF: gecsedi@recoverycorp.com   Mar 03 2023 20:53:42 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519582228 | Email/Text: bankruptcy@td.com   Mar 03 2023 20:49:00 | | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street Po Box 1377, Lewiston, ME 04243 |
| 519675391 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com   Mar 03 2023 20:53:58 | | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, P.O. Box 1629, Minneapolis MN 55440-1629 |
| 519582230 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com   Mar 03 2023 20:53:19 | | Wells Fargo Home Mortgage, Attn: Written Correspondence/Bankruptcy, Mac#2302-04e Pob 10335, Des Moines, IA 50306 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC BANK, NATIONAL ASSOCIATION, 3232 NEWMARK DRIVE, MIAMISBURG, OH 45342 |
| 519582226 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| cr | ##+ | Reverse Mortgage Funding LLC, Greenspoon Marder LLP, C/O Jessica Ann Berry, Esq., 100 West Cypress Creek Rd., Suite 700, Fort Lauderdale, FL 33309-2195 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2023      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Andrea Dobin | on behalf of Trustee Andrea Dobin ecftrusteead@msbnj.com  NJ55@ecfcbis.com;trusteedobin@remote7solutions.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Dennis P Uhlmann, Jr | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bky@martonelaw.com, Bky@martonelaw.com |
| Jessica Ann Berry | on behalf of Creditor Reverse Mortgage Funding LLC bankruptcy@gmlaw.com |
| Matthew K. Fissel | on behalf of Creditor Wells Fargo Bank  N.A. wbecf@brockandscott.com, matthew.fissel@brockandscott.com |
| Michael A. Artis | on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov |
| Paul N. Mirabelli | on behalf of Joint Debtor Theresa M Ashmore pmirabelli@verizon.net  n.pr72254@notify.bestcase.com |
| Paul N. Mirabelli | on behalf of Debtor Brian J Ashmore pmirabelli@verizon.net  n.pr72254@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10