| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 22-13953 / MBK**

Brian J Ashmore  
Theresa M Ashmore

Petition Filed Date: 05/16/2022  
341 Hearing Date: 08/18/2022  
Confirmation Date: 02/22/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/09/2022 | $250.00 | 86977960 | 09/12/2022 | $250.00 | 87012200 | 10/04/2022 | $250.00 | 87481450 |
| 11/02/2022 | $250.00 | 88038660 | 12/02/2022 | $250.00 | 88592260 | 01/04/2023 | $250.00 | 89188870 |
| 02/06/2023 | $250.00 | 89810360 | 03/02/2023 | $250.00 | 90301990 | | | |

**Total Receipts for the Period: $2,000.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $2,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Brian J Ashmore | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Paul N. Mirabelli, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,500.00 | $1,386.00 | $2,114.00 |
| 1 | AMERICAN EXPRESS NATIONAL BANK, AENB<br>»» JUDGEMENT | Unsecured Creditors | $4,545.70 | $0.00 | $4,545.70 |
| 2 | GOLDMAN SACHS BANK USA | Unsecured Creditors | $2,782.29 | $0.00 | $2,782.29 |
| 3 | BANK OF AMERICA | Unsecured Creditors | $9,799.40 | $0.00 | $9,799.40 |
| 4 | CITIBANK, N.A.<br>»» CITI MASTERCARD | Unsecured Creditors | $13,406.56 | $0.00 | $13,406.56 |
| 5 | WELLS FARGO BANK, NA<br>»» P/42 DANEMARE DR/1ST MTG/ORDER 2/8/23 | Mortgage Arrears | $3,054.39 | $0.00 | $3,054.39 |
| 6 | PNC Bank, N.A.<br>»» P/42 DANEMAR DR/3RD MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 7 | PNC Bank, N.A.<br>»» P/42 DANEMAR DR/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 8 | VALLEY NATIONAL BANK<br>»» 2016 CHEV MALIBU | Debt Secured by Vehicle<br>No Disbursements: Filed Out of Time - NO NOT | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-13953 / MBK**

| SUMMARY | | | |
|---|---|---|---|
| Summary of all receipts and disbursements from date filed through 3/13/2023: | | | |
| Total Receipts: | $2,000.00 | Plan Balance: | $13,000.00 ** |
| Paid to Claims: | $1,386.00 | Current Monthly Payment: | $250.00 |
| Paid to Trustee: | $150.00 | Arrearages: | $0.00 |
| Funds on Hand: | $464.00 | Total Plan Base: | $15,000.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*! Register today at **www.ndc.org** or scan this code to get started.



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.