Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

> Case No.: 22−13953−MBK
> Chapter: 13
> Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Brian J Ashmore  
   aka Brian Ashmore  
   42 Denamar Drive  
   Matawan, NJ 07747

   Theresa M Ashmore  
   42 Denamar Drive  
   Matawan, NJ 07747

Social Security No.:
   xxx−xx−8136                           xxx−xx−2253

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 15, 2023.

Dated: March 15, 2023
JAN: wiq

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-13953-MBK |
| Brian J Ashmore | Chapter 13 |
| Theresa M Ashmore | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 15, 2023 | Form ID: plncf13 | Total Noticed: 25 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Brian J Ashmore, Theresa M Ashmore, 42 Denamar Drive, Matawan, NJ 07747 |
| 519582229 | ++ | VALLEY, ATTN ATTN LEGAL DEPARTMENT, 1455 VALLEY ROAD, WAYNE NJ 07470-8448 address filed with court:, Valley National Bank, Attn: Bankruptcy, 1455 Valley Rd, Wayne, NJ 07470 |
| 519582231 | + | Xcel Federal Cr Un, 1460 Broad St, Bloomfield, NJ 07003-3014 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 15 2023 20:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 15 2023 20:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 15 2023 20:49:02 | Wells Fargo Bank, N.A., 3476 Stateview Blvd, Fort Mill, SC 29715-7200 |
| 519582219 | + | Email/Text: bkfilings@zwickerpc.com | Mar 15 2023 20:45:00 | American Express, c/o Zwicker & Associates, 1020 Laurel Oak Rod Suite 303, Voorhees, NJ 08043-3518 |
| 519644253 | + | Email/Text: bkfilings@zwickerpc.com | Mar 15 2023 20:45:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 519582220 | | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 15 2023 20:44:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 519646759 | | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 15 2023 20:44:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519582221 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 15 2023 20:49:27 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519668280 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 15 2023 20:49:05 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519582222 | + | Email/Text: bkfilings@zwickerpc.com | Mar 15 2023 20:45:00 | Discover Financial, c/o Zwicker and Associates, 1020 Laurel Oak Road Suite 303, Voorhees, NJ 08043-3518 |
| 519582224 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Mar 15 2023 20:44:00 | Goldman Sachs, PO BOX 45400, Salt Lake City, UT 84145-0400 |
| 519644770 | + | Email/PDF: ebn_ais@aisinfo.com | | |

|  |  |  |  |
|---|---|---|---|
|  |  | Mar 15 2023 20:49:16 | Goldman Sachs Bank, USA, by AIS InfoSource, LP as Agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519582223 | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | Mar 15 2023 20:44:00 | Emvlp Llc/fis, Po Box 2313, Bloomington, IL 61702 |
| 519714712 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 15 2023 20:44:00 | PNC BANK, NATIONAL ASSOCIATION, 3232 NEWMARK DRIVE, MIAMISBURG OH 45342 |
| 519848731 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 15 2023 20:44:00 | PNC BANK, NATIONAL ASSOCIATION, PO BOX 94982, CLEVELAND, OH 44101 |
| 519710425 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 15 2023 20:44:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 519582225 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 15 2023 20:44:00 | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 519582227 | + Email/Text: ngisupport@radiusgs.com | Mar 15 2023 20:44:00 | Radius Global Solutions, PO BOX 390916, Minneapolis, MN 55439-0911 |
| 519584041 | + Email/PDF: gecsedi@recoverycorp.com | Mar 15 2023 20:49:03 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519582228 | Email/Text: bankruptcy@td.com | Mar 15 2023 20:45:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street Po Box 1377, Lewiston, ME 04243 |
| 519675391 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 15 2023 20:49:02 | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, P.O. Box 1629, Minneapolis MN 55440-1629 |
| 519582230 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 15 2023 20:49:13 | Wells Fargo Home Mortgage, Attn: Written Correspondence/Bankruptcy, Mac#2302-04e Pob 10335, Des Moines, IA 50306 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC BANK, NATIONAL ASSOCIATION, 3232 NEWMARK DRIVE, MIAMISBURG, OH 45342 |
| 519582226 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| cr | ##+ | Reverse Mortgage Funding LLC, Greenspoon Marder LLP, C/O Jessica Ann Berry, Esq., 100 West Cypress Creek Rd., Suite 700, Fort Lauderdale, FL 33309-2195 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2023    Signature:    /s/Gustava Winters

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 15, 2023 | Form ID: plncf13 | Total Noticed: 25 |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Andrea Dobin | on behalf of Trustee Andrea Dobin ecftrusteead@msbnj.com NJ55@ecfcbis.com;trusteedobin@remote7solutions.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Dennis P Uhlmann, Jr | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bky@martonelaw.com, Bky@martonelaw.com |
| Jessica Ann Berry | on behalf of Creditor Reverse Mortgage Funding LLC bankruptcy@gmlaw.com |
| Matthew K. Fissel | on behalf of Creditor Wells Fargo Bank N.A. wbecf@brockandscott.com, matthew.fissel@brockandscott.com |
| Michael A. Artis | on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov |
| Paul N. Mirabelli | on behalf of Joint Debtor Theresa M Ashmore pmirabelli@verizon.net n.pr72254@notify.bestcase.com |
| Paul N. Mirabelli | on behalf of Debtor Brian J Ashmore pmirabelli@verizon.net n.pr72254@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10