UNITED STATES BANKRUPTCY COURT
District of New Jersey

Paul N. Mirabelli, Esq.
3400 HWY 35, STE 3
PO BOX 378
HAZLET, NJ 07730
Attorney for Debtor(s)

In re:

Brian J Ashmore
Theresa M Ashmore

Debtor(s)

Case No. 22-13953 / MBK

Judge: Honorable Michael B. Kaplan

Chapter 13

## ORDER TO RE-CAPITALIZE
## DEBTOR(S) PLAN PAYMENT TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

UNITED STATES BANKRUPTCY COURT
District of New Jersey

Caption in Compliance with D.N.J. LBR 9004-1(b)

Paul N. Mirabelli, Esq.
3400 HWY 35, STE 3
PO BOX 378
HAZLET, NJ 07730
Attorney for Debtor(s)

In re:

Brian J Ashmore
Theresa M Ashmore

Debtor(s)

Case No. 22-13953 / MBK

Judge: Honorable Michael B. Kaplan

Chapter 13

**APPLICATION FOR ORDER TO RE-CAPITALIZE DEBTOR(S) PLAN PAYMENTS TO TRUSTEE**

The debtor(s) hereby request(s) this application for the entry of an Order to Re-Capitalize Plan Payments to the Trustee, submitted under the Seven (7) Day Rule, for the reason's set forth below:

1. The debtor(s) filed a Chapter 13 Petition on 05/16/2022.

2. By Order Confirming Plan or Modified Plan dated 3/15/23, the debtor(s) plan payments were set or modified as follows:
   $1750.00 paid to date plus $250.00 for 53 months

3. As a result of adjustments to the debtor(s) account, the plan payments made to date will not satisfy the plan within the confirmed time period.

4. The parties hereby agree and consent to the following payment schedule for debtor(s) plan payments to the trustee:
   - $2,000.00 paid to date (8 month[s])
   - $282.00 for 52 month[s] beginning 4/1/23

5. This re-capitalization of the debtor(s) plan payments to the trustee does not adversely affect creditors.

6. The debtor(s) has the consent of the Trustee to request this re-capitalization.

WHEREFORE, the applicant requests the entry of the enclosed Order to Re-Capitalize Debtor(s) Plan Payments to the Trustee under the Seven (7) Day Rule.

Dated: 4/10/23

Paul N. Mirabelli, Esq.

THIS MATTER having been brought before the Court on an application by the attorney for the debtor(s) seeking entry of an order to re-capitalize the debtor(s) plan payments to the trustee, and this Order having been submitted pursuant to D.N.J. LBR 9072-1(d) (7 Day Rule), and no objection being received thereon, and the Court having considered the application, and for good cause shown:

**IT IS HEREBY ORDERED** that:

1. The debtor(s) payments to the trustee be adjusted as follows:

   - $2,000.00 paid to date (8 month[s])
   - $282.00 for 52 month[s] beginning 4/1/23

2. All other provisions of the most recently entered Order Confirming Plan or Order Confirming Modifed Plan shall remain in full force and effect.

3. If the debtor(s) fail(s) to make regular plan payments to the trustee for a period of more than thirty (30) consecutive days, upon certification of the trustee of such non-payment, with the Notice of the Certification to the debtor(s) and the debtor(s) attorney, if any, the within case may be dismissed.