| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 22-13953 / MBK**

Brian J Ashmore
Theresa M Ashmore

Petition Filed Date: 05/16/2022
341 Hearing Date: 08/18/2022
Confirmation Date: 02/22/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/04/2023 | $250.00 | 89188870 | 02/06/2023 | $250.00 | 89810360 | 03/02/2023 | $250.00 | 90301990 |
| 04/04/2023 | $282.00 | 90924280 | 05/02/2023 | $282.00 | 91450400 | 06/05/2023 | $282.00 | 92036180 |
| 07/07/2023 | $282.00 | 92625770 | 08/07/2023 | $282.00 | 93143400 | 09/07/2023 | $282.00 | 93680170 |
| 10/04/2023 | $282.00 | 94159400 | 11/06/2023 | $282.00 | 94676810 | 12/06/2023 | $282.00 | 95193500 |
| 01/05/2024 | $282.00 | 95683040 | | | | | | |

**Total Receipts for the Period:  $3,570.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $4,820.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Brian J Ashmore | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Paul N. Mirabelli, Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |
| 1 | AMERICAN EXPRESS NATIONAL BANK, AENB<br>»»  JUDGEMENT/DC-004717-21 | Unsecured Creditors | $4,545.70 | $0.00 | $4,545.70 |
| 2 | GOLDMAN SACHS BANK USA | Unsecured Creditors | $2,782.29 | $0.00 | $2,782.29 |
| 3 | BANK OF AMERICA | Unsecured Creditors | $9,799.40 | $0.00 | $9,799.40 |
| 4 | CITIBANK, N.A.<br>»»  CITI MASTERCARD | Unsecured Creditors | $13,406.56 | $0.00 | $13,406.56 |
| 5 | WELLS FARGO BANK, NA<br>»»  P/42 DANEMARE DR/1ST MTG/ORDER 2/8/23 | Mortgage Arrears | $3,054.39 | $437.38 | $2,617.01 |
| 6 | PNC Bank, N.A.<br>»»  P/42 DANEMAR DR/3RD MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 7 | PNC Bank, N.A.<br>»»  P/42 DANEMAR DR/2ND MTG/ORDER 2/18/23 | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 8 | VALLEY NATIONAL BANK<br>»»  2016 CHEV MALIBU | Debt Secured by Vehicle<br>No Disbursements: Filed Out of Time - NO NOT | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-13953 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,820.00 | Plan Balance: | $11,796.00 ** |
| Paid to Claims: | $3,937.38 | Current Monthly Payment: | $250.00 |
| Paid to Trustee: | $365.44 | Arrearages: | ($320.00) |
| Funds on Hand: | $517.18 | Total Plan Base: | $16,616.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*! Register today at **www.ndc.org** or scan this code to get started.



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.