| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 22-13953 / MBK**

Brian J Ashmore
Theresa M Ashmore

Petition Filed Date: 05/16/2022
341 Hearing Date: 08/18/2022
Confirmation Date: 02/22/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/05/2024 | $282.00 | 95683040 | 02/05/2024 | $282.00 | 96163880 | 03/06/2024 | $282.00 | 96707820 |
| 04/03/2024 | $282.00 | 97167220 | 05/03/2024 | $282.00 | 97677250 | 06/07/2024 | $282.00 | 98192210 |
| 07/05/2024 | $282.00 | 98667900 | 08/05/2024 | $282.00 | 99137430 | 09/05/2024 | $282.00 | 99636860 |
| 10/03/2024 | $282.00 | 10009028 | 11/07/2024 | $282.00 | 10061062 | 12/04/2024 | $282.00 | 10104251 |

**Total Receipts for the Period: $3,384.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $8,204.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Brian J Ashmore | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Paul N. Mirabelli, Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |
| 1 | AMERICAN EXPRESS NATIONAL BANK, AENB<br>»»  JUDGEMENT/DC-004717-21 | Unsecured Creditors | $4,545.70 | $81.77 | $4,463.93 |
| 2 | GOLDMAN SACHS BANK USA | Unsecured Creditors | $2,782.29 | $50.05 | $2,732.24 |
| 3 | BANK OF AMERICA | Unsecured Creditors | $9,799.40 | $176.28 | $9,623.12 |
| 4 | CITIBANK, N.A.<br>»»  CITI MASTERCARD | Unsecured Creditors | $13,406.56 | $241.17 | $13,165.39 |
| 5 | CITIGROUP MORTGAGE LOAN TRUST 2024-RP3<br>»»  P/42 DANEMARE DR/1ST MTG/ORDER 2/8/23/WELLS FARGO | Mortgage Arrears | $3,054.39 | $3,054.39 | $0.00 |
| 6 | PNC Bank, N.A.<br>»»  P/42 DANEMAR DR/3RD MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 7 | PNC Bank, N.A.<br>»»  P/42 DANEMAR DR/2ND MTG/ORDER 2/18/23 | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 8 | VALLEY NATIONAL BANK<br>»»  2016 CHEV MALIBU | Debt Secured by Vehicle<br>No Disbursements: Filed Out of Time - NO NOT | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-13953 / MBK**

| | **SUMMARY** | | |
|---|---|---|---|
| Summary of all receipts and disbursements from date filed through 1/23/2025: | | | |
| Total Receipts: | $8,204.00 | Plan Balance: | $8,412.00 ** |
| Paid to Claims: | $7,103.66 | Current Monthly Payment: | $250.00 |
| Paid to Trustee: | $584.28 | Arrearages: | ($704.00) |
| Funds on Hand: | $516.06 | Total Plan Base: | $16,616.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*! Register today at **www.ndc.org** or scan this code to get started.



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.