Form 210B (12/09, as revised 1/4/17)

# United States Bankruptcy Court

District Of New Jersey

In re Brian & Theresa Ashmore,    Case No. 22-13953

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 2 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on June 26, 2025.

Goldman Sachs Bank, USA
Name of Alleged Transferor

Velocity Investments, LLC
Name of Transferee

Address of Alleged Transferor:
by AIS InfoSource, LP as Agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Address of Transferee:
by AIS InfoSource, LP as Agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: July 26, 2025

Jeanne A. Naughton
**CLERK OF THE COURT**