UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Brian and Theresa Ashmore

Case No.:    22-13953

Chapter:    13

Judge:    Michael B. Kaplan

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Brian Ashmore _____, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 7/31/25 _____    _____
                                          Debtor's Signature

IMPORTANT:

• Each debtor in a joint case must file a separate Certification in Support of Discharge.

• A discharge will not be entered for a debtor who fails to file a completed Certification in Support of Discharge.

rev.8/1/18

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Brian and Theresa Ashmore

Case No.:    22-13953

Chapter:    13

Judge:    Michael B. Kaplan

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Theresa Ashmore _____, debtor in this case, certify as
follows:

1. All payments required to be made by me under my plan have been made and are paid
   in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts
   payable under court order or statute that were due on or before the date of this
   certification.

I certify under penalty of perjury that the above is true.

Date: 7/31/25 _____

_____
Debtor's Signature

IMPORTANT:

- Each debtor in a joint case must file a separate Certification in Support of Discharge.
- A discharge will not be entered for a debtor who fails to file a completed Certification in
  Support of Discharge.

*rev.8/1/18*