| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br>Brian J. Ashmore and<br>Theresa M. Ashmore | Case No.: 22-13953<br>Chapter: 13<br>Judge: Kaplan |

# NOTICE OF FAILURE TO FILE SUPPLEMENTAL DOCUMENTS CONCERNING SCHEDULES

TO: Paul Mirabelli

This will confirm that on **December 11, 2025** the following document(s) was filed by you.

☒ Amendment to Schedule(s) **A/B and C**,

☐ Missing Documents, including Schedule(s) _____,

This will further confirm that the court has not received the following supplemental documents:

☒ Declaration About an Individual Debtor's Schedules (106 Declaration)

☒ An updated Summary of Your Assets and Liabilities and Certain Statistical Information (106 Summary) [Schedules A/B, D, E/F, I and J ONLY]

☐ Declaration Under Penalty of Perjury for Non-Individual Debtors (202 Declaration)

☐ An updated Summary of Assets and Liabilities for Non-Individuals (206 Summary) [Schedules A/B, D and E/F ONLY]

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date of this notice.

Dated: December 12, 2025                    Jeanne A. Naughton, Clerk

*rev.1/4/17*