Form ntcfncurv – ntcfncurv27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  22–13953–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Brian J Ashmore
aka Brian Ashmore
42 Denamar Drive
Matawan, NJ 07747

Theresa M Ashmore
42 Denamar Drive
Matawan, NJ 07747

Social Security No.:
xxx–xx–8136                                           xxx–xx–2253

Employer's Tax I.D. No.:

**NOTICE OF RESPONSE TO TRUSTEE'S
NOTICE OF DISBURSEMENTS MADE**

   TO: <u>Brian J Ashmore and Theresa M Ashmore</u>
         Debtor(s)

   You are hereby notified that a Response to Trustee's Notice of Disbursements Made has been filed. Under Fed. R. Bankr. P. 3002.1(g), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post–petition amounts.

Dated: March 17, 2026
JAN: mrg

<u>Jeanne Naughton, Clerk</u>