UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Brian and Theresa Ashmore

Case No.:    22-13953

Chapter:    13

Judge:    MBK

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Theresa Ashmore _____, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 6/8/26 _____

/s/ Theresa Ashmore _____
Debtor's Signature

**IMPORTANT:**

- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

*rev.8/1/18*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Brian and Theresa Ashmore

Case No.: __22-13953__

Chapter: __13__

Judge: __MBK__

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, __Brian Ashmore_____, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: __6/8/26_____

/s/ Brian Ashmore_____
Debtor's Signature

**IMPORTANT:**

- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

*rev.8/1/18*