**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Brian J Ashmore<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–8136 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Theresa M Ashmore<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–2253 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | | |
| Case number: | 22–13953–MBK | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Brian J Ashmore
aka Brian Ashmore

Theresa M Ashmore

9/2/26

**By the court:** Michael B. Kaplan
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;
- some debts which the debtors did not properly list;
- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;
- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;
- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re: Case No. 22-13953-MBK
Brian J Ashmore Chapter 13
Theresa M Ashmore
Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 3
Date Rcvd: Sep 02, 2026 Form ID: 3180W Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Brian J Ashmore, Theresa M Ashmore, 42 Denamar Drive, Matawan, NJ 07747 |
| cr | + | Reverse Mortgage Funding LLC, Greenspoon Marder LLP, C/O Jessica Ann Berry, Esq., 100 West Cypress Creek Rd., Suite 700, Fort Lauderdale, FL 33309-2195 |
| 519582231 | + | Xcel Federal Cr Un, 1460 Broad St, Bloomfield, NJ 07003-3014 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 02 2026 21:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 02 2026 21:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: WFHOME | Sep 03 2026 01:16:00 | Wells Fargo Bank, N.A., 3476 Stateview Blvd, Fort Mill, SC 29715-7200 |
| 519582219 | + | Email/Text: bkfilings@zwickerpc.com | Sep 02 2026 21:42:00 | American Express, c/o Zwicker & Associates, 1020 Laurel Oak Rod Suite 303, Voorhees, NJ 08043-3518 |
| 519644253 | + | Email/Text: bkfilings@zwickerpc.com | Sep 02 2026 21:42:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 519582220 | | EDI: BANKAMER | Sep 03 2026 01:16:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 519646759 | | EDI: BANKAMER | Sep 03 2026 01:16:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519582221 | + | EDI: CITICORP | Sep 03 2026 01:16:00 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519668280 | | EDI: CITICORP | Sep 03 2026 01:16:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520417535 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 02 2026 21:41:00 | Citigroup Mortgage Loan Trust 2024-RP3, c/o Rushmore Servicing, PO Box 619094, Dallas, TX 75261-9741, Citigroup Mortgage Loan Trust 2024-RP3, c/o Rushmore Servicing 75261-9094 |
| 520417534 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 02 2026 21:41:00 | Citigroup Mortgage Loan Trust 2024-RP3, c/o Rushmore Servicing, PO Box 619094, Dallas, TX 75261-9094 |
| 519582222 | + | Email/Text: bkfilings@zwickerpc.com | Sep 02 2026 21:42:00 | Discover Financial, c/o Zwicker and Associates, 1020 Laurel Oak Road Suite 303, Voorhees, NJ |

| | | | | |
|---|---|---|---|---|
| | | | | 08043-3518 |
| 519582224 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 02 2026 21:41:00 | Goldman Sachs, PO BOX 45400, Salt Lake City, UT 84145-0400 |
| 519644770 | + | EDI: AIS.COM | Sep 03 2026 01:17:00 | Goldman Sachs Bank, USA, by AIS InfoSource, LP as Agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519582223 | | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | Sep 02 2026 21:40:00 | Emvlp Llc/fis, Po Box 2313, Bloomington, IL 61702 |
| 519714712 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 02 2026 21:40:00 | PNC BANK, NATIONAL ASSOCIATION, 3232 NEWMARK DRIVE, MIAMISBURG OH 45342 |
| 519848731 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 02 2026 21:40:00 | PNC BANK, NATIONAL ASSOCIATION, PO BOX 94982, CLEVELAND, OH 44101 |
| 519710425 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 02 2026 21:40:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 519582225 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 02 2026 21:40:00 | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 519582227 | + | Email/Text: ngisupport@radiusgs.com | Sep 02 2026 21:41:00 | Radius Global Solutions, PO BOX 390916, Minneapolis, MN 55439-0911 |
| 519584041 | + | EDI: PRA.COM | Sep 03 2026 01:17:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519582228 | | EDI: TDBANKNORTH.COM | Sep 03 2026 01:17:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street Po Box 1377, Lewiston, ME 04243 |
| 519582229 | | Email/Text: bankruptcynotices@valley.com | Sep 02 2026 21:41:00 | Valley National Bank, Attn: Bankruptcy, 1455 Valley Rd, Wayne, NJ 07470 |
| 520705868 | + | EDI: AIS.COM | Sep 03 2026 01:17:00 | Velocity Investments, LLC by AIS InfoSource, LP as, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520705869 | + | EDI: AIS.COM | Sep 03 2026 01:17:00 | Velocity Investments, LLC by AIS InfoSource, LP as, 4515 N Santa Fe Ave, Oklahoma City, OK 73118, Velocity Investments, LLC by AIS InfoSou, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519675391 | + | EDI: WFHOME | Sep 03 2026 01:16:00 | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, P.O. Box 1629, Minneapolis MN 55440-1629 |
| 519582230 | | EDI: WFHOME | Sep 03 2026 01:16:00 | Wells Fargo Home Mortgage, Attn: Written Correspondence/Bankruptcy, Mac#2302-04e Pob 10335, Des Moines, IA 50306 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC BANK, NATIONAL ASSOCIATION, 3232 NEWMARK DRIVE, MIAMISBURG, OH 45342 |
| 519582226 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

**in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Andrea Dobin | on behalf of Trustee Andrea Dobin ecftrusteead@msbnj.com NJ55@ecfcbis.com;trusteedobin@remote7solutions.com |
| Andrew L. Spivack | on behalf of Creditor Wells Fargo Bank N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Dennis P Uhlmann, Jr | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bky@martonelaw.com, Bky@martonelaw.com |
| Emmanuel J. Argentieri | on behalf of Creditor Citigroup Mortgage Loan Trust 2024-RP3 bk@rgalegal.com |
| Jessica Ann Berry | on behalf of Creditor Reverse Mortgage Funding LLC bankruptcy@gmlaw.com |
| Matthew K. Fissel | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Michael A. Artis | on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov |
| Paul N. Mirabelli | on behalf of Debtor Brian J Ashmore pmirabelli@verizon.net n.pr72254@notify.bestcase.com |
| Paul N. Mirabelli | on behalf of Joint Debtor Theresa M Ashmore pmirabelli@verizon.net n.pr72254@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 12